

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2023

No. 04-23-00083-CV

**IN RE** Philip W. **STEWART**

Original Proceeding[1]

**ORDER**

Sitting:    Patricia O. Alvarez, Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

On January 25, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for immediate temporary relief requesting a stay of an enforcement proceeding pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's First Amended Motion for Writ of Prohibition and/or Immediate Temporary Relief is **DENIED** as moot.

It is so **ORDERED** on February 10, 2023.

PER CURIAM

ATTESTED TO: _____
            MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011-CI-10643, styled *Cheryl J. Stewart v. Philip W. Stewart*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.